# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143184(20)

DAVID L. WOODARD,
            Plaintiff-Appellee,

v                                                   SC: 143184
                                                    COA: 299850
                                                    WCAC: 10-000006

FORD MOTOR COMPANY,
            Defendant-Appellee,
and

AAI EMPLOYEE SERVICES COMPANY,
L.L.C.,
            Defendant-Appellant.

_____/

        On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of defendant-appellant's motion for reconsideration is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

d1219